December 21, 1978.

M. P. No. 76-374. GAIL R. BROWN *v.* ALBERT H. BROWN. The issues raised in this petition for writ of certiorari were decided by us in *Brown* v. *Brown*, ____ R.I. ____, 387 A.2d 1051 (1978).

Accordingly, the petition for writ of certiorari is denied. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey*, for petitioner. *Hinckley, Allen, Salisbury & Parsons, Howard E. Walker, Paul A. Silver*, for respondent.

M. P. No. 78-130. MT. PLEASANT POULTRY COMPANY, INC. *v.* JOHN H. NORBERG, *in his capacity as Tax Administrator of the State of Rhode Island.* The petition for writ of certiorari is denied. *John R. Cosentino*, for petitioner. *Julius C. Michaelson*, Attorney General, *Allen P. Rubine*, Assistant Attorney General, *Perry Shatkin*, Chief Legal Officer (Taxation), for respondent.